# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRYPTOCURRENCY SEIZED FROM ACCOUNT ID 21353169 HELD IN THE NAME OF CHANDNI SHARMA AT CRYPTOCURRENCY EXCHANGE BINANCE HOLDINGS LIMITED,<br><br>CRYPTOCURRENCY SEIZED FROM ACCOUNT ID 79203481 HELD IN THE NAME OF ANUJ SHARMA AT CRYPTOCURRENCY EXCHANGE BINANCE HOLDINGS LIMITED, and<br><br>CRYPTOCURRENCY SEIZED FROM ACCOUNT ID 156571178 HELD IN THE NAME OF KUNAL CHHABRA DILIP KUMAR CHHABRA AT CRYPTOCURRENCY EXCHANGE BINANCE HOLDINGS LIMITED,<br><br>Defendants-In-Rem. | No. 2:23-cv-00028-NT |

## DECREE OF FORFEITURE

On January 13, 2023, a Verified Complaint for Forfeiture against the defendants-*in-rem* was filed on behalf of the plaintiff United States of America pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(A) and 981(a)(1)(C).

On March 7, 2023, potential claimant Kunal Chhabra was served by certified mail through his attorney and by electronic mail with a copy of the Verified Complaint for Forfeiture, the Warrant of Arrest-in-Rem, and Notice of Forfeiture.

On March 7, 2023, potential claimant Anuj Sharma was served by electronic mail with a copy of the Verified Complaint for Forfeiture, the Warrant of Arrest-in-Rem, and Notice of Forfeiture.

On March 13, 2023, potential claimant Anuj Sharma was served by FedEx with a copy of the Verified Complaint for Forfeiture, the Warrant of Arrest-in-Rem, and Notice of Forfeiture.

On March 7, 2023, potential claimant Chandni Sharma was served by electronic mail with a copy of the Verified Complaint for Forfeiture, the Warrant of Arrest-in-Rem, and Notice of Forfeiture.

Between April 13, 2023, and May 12, 2023, notice of this action was published on the official government website www.forfeiture.gov.

It appears that process was fully issued in this action and returned according to law.

On July 27, 2023, defendants-*in-rem* and all persons claiming an interest in the defendants-*in-rem* were defaulted.

It appears from the record that no other claims, contested or otherwise, have been filed against the defendants-*in-rem* and the time to do so has expired.

NOW THEREFORE, on motion of the plaintiff United States of America for a Decree of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the defendants-*in-rem* are **FORFEITED** to the United States of America and no right, title, or interest shall exist in any other person or entity.

**IT IS FURTHER ORDERED** that the defendants-*in-rem* shall be disposed of according to law.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 19th day of September, 2023.